UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHM REGATTA POINTE, LLC,

    Plaintiff,

v.                                         Case No: 8:21-cv-1854-KKM-AEP

M/Y *ALLEY CAT*, a 2007 Model 39-foot
Meridian Yachts Cruiser bearing Hull
Identification Number MDNH6008F607,
And U.S. Coast Official Number 1202587,
her engines, tackle, furniture, tender, and
appurtenances, *in rem*, and RICHARD
BRADLEY BIERMAN a/k/a BRAD
BIERMAN a/k/a RICHARD B. BIERMAN,

    Defendants.
_____

## ORDER

    Plaintiff moves for default judgment against the *in rem* Defendant, M/Y *Alley Cat*, a 2007 Model 39-foot Median Yachts Cruiser, Hull Identification number MDNH6008F607 and U.S. Coast Official Number 1202587 (the Vessel), and *in personam* Defendant, Richard Bradley Bierman a/k/a Brad Bierman a/k/a Richard B. Bierman (the Owner). (Doc. 29.) No response was filed in opposition. The Magistrate Judge recommended that the Court grant the motion. (Doc. 30.)

The fourteen-day deadline for objections to the recommendation has passed. No party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review, the Court concludes that default judgment against Defendants is appropriate for the reasons the Magistrate Judge stated. (Doc. 13.)

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment against Defendants (Doc. 29) is **GRANTED**.

3. The Court directs the Clerk to enter default judgment against Defendants in the amount of $4,648.08, *custodia legis* expenses in the amount of $10,772.76, plus pre-judgment interest and *custodia legis* expenses for the Vessel from November 5, 2021, through the date when the Court confirms the sale of the Vessel.

4. The U.S. Marshall is directed to conduct the sale of the Vessel, in accordance with Rule E(9) of the Supplemental Admiralty Rules and the Local Admiralty and Maritime Practice Manual 5(r).

5.  The Clerk is directed to terminate any pending motions or deadlines and to CLOSE this case.

**ORDERED** in Tampa, Florida, on May 18, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge