UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHM REGATTA POINTE, LLC

    Plaintiff,

v.                                                                                    Case No. 8:21-cv-1854-KKM-AEP
                                                                                                      IN ADMIRALTY

M/Y *ALLEY CAT*, a 2007 Model 39-foot
Meridian Yachts Cruiser bearing Hull
Identification Number MDNH6008F607
and U.S. Coast Official Number 1202587,
her engines, tackle, furniture, tender and
appurtenances, *in rem*, and RICHARD
BRADLEY BIERMAN a/k/a
BRAD BIERMAN a/k/a RICHARD B.
BIERMAN, *in personam*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the undersigned upon Plaintiff's Motion to Disburse the Remaining Surplus Funds of the Vessel's Sales Proceeds to Richard Bradley Bierman, Jr. as Independent Administrator of the Estate of Richard Bradley Bierman ("Motion") (Doc. 50). For the reasons discussed below, it is recommended that the Motion be granted.

The Court is familiar with the background of this case as detailed in previous orders (*see* Docs. 42, 48). Nevertheless, it is important to note that the undersigned previously recommended the disbursement of funds from the sale proceeds of the Vessel in the Court's Registry in the amount of $56,265.46 (default judgment) and

$16,838.00 (attorney's fees) (Doc. 48), which the District Judge adopted (Doc. 49). Subsequently, the Clerk disbursed the funds from the Court Registry (*see* Docs. 51, 52). On September 23, 2022, Plaintiff filed a Notice of Death and Motion to Disburse Surplus Monies in the Court Registry to the Appointed Personal Representative of the Estate of Richard Bradley Bierman upon Filing an Affidavit with Supporting Documentation after Plaintiff is Paid its Funds from the Sale of M/Y *Alley Cat* (*see* Doc. 47), which is incorporated in the instant motion before the undersigned.

Defendant Richard Bradley Bierman passed away on July 25, 2022 (Doc. 50-1 at 5). On September 27, 2022, the County Court of Collin County, Texas entered an Order for Probate of Will and Granting Independent Administration (Doc. 50-1 at 5-7). The Order authorizes Richard Bradley Bierman, Jr. to independently administer the Estate of Decedent, including the collection of the assets of the Decedent's estate, free from any further probate Court supervision. Through Plaintiff, Defendant Bierman's estate now requests the disbursement of the remaining funds in the Court's Registry.

Since the Clerk has disbursed to Plaintiff the final judgment amount and attorney's fees award, Defendant, through the estate, is entitled to the remaining funds in the Court's Registry. The undersigned recommends that the Clerk disburse the remaining funds in the Court's Registry, as listed by counsel for the estate (*see* Doc. 50-1 at 3-2):

2

>Richard Bradley Bierman, Jr. *as Independent Administrator of the estate of Richard Bradley Birman*
>500 S. Taylor, Suite 900
>Amarillo, Texas 79101

Accordingly, it is hereby

RECOMMENDED:

1. Plaintiff's Motion to Disburse the Remaining Surplus Funds of the Vessel's Sales Proceeds to Richard Bradley Bierman, Jr. as Independent Administrator of the Estate of Richard Bradley Bierman (Doc. 50) be GRANTED.

2. The Clerk be directed to disburse the remaining funds maintained in the Court's registry from the sale proceeds of the Vessel to Richard Bradley Bierman, Jr. *as Independent Administrator of the estate of Richard Bradley Birman.*

IT IS REPORTED in Tampa, Florida, on this 8th day of December, 2022.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE TO PARTIES**

A party has fourteen days from the date they are served a copy of this report to file written objections to this report s proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party s failure to file written objections waives that party s right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1  28 U.S.C. § 636(b)(1). **Should the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.**


cc:   Hon. Kathryn Kimball Mizelle
      Counsel of Record