UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHM REGATTA POINTE, LLC,

    Plaintiff,

v.                                                                      Case No: 8:21-cv-1854-KKM-AEP

*M/Y ALLEY CAT*, a 2007 Model 39-foot
Meridian Yachts Cruiser bearing Hull
Identification Number MDNH6008F607,
and U.S. Coast Official Number 1202587,
her engines, tackle, furniture, tender, and
appurtenances, *in rem*, and RICHARD
BRADLEY BIERMAN a/k/a BRAD
BIERMAN a/k/a RICHARD B. BIERMAN,

    Defendants.
_____

## ORDER

The Court entered a default judgment against the *in rem* Defendant and *in personam* Defendant, after they failed to appear or otherwise defend against SHM Regatta Pointe, LLC,'s verified complaint seeking to foreclose a maritime lien for necessaries on the vessel and to bring a breach of maritime contract and a maritime lien against the owner. (Doc. 1.) Defendant Richard Bradley Bierman passed away in July 2022 and Richard Bradley Bierman, Jr., is authorized to independently administer his estate. (Doc. 50-1 at

5.) Regatta Pointe now moves for disbursement of the remaining surplus funds from the vessel's sale to the estate. (Doc. 50.)

The parties filed a joint notice of no objection to the Magistrate Judge's Report and Recommendation. (Doc. 54.) Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam). After review, the Court agrees with the Magistrate Judge that Bierman's estate is entitled to the remaining funds in the Court's registry. (Doc. 53 at 2.)

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation is **ADOPTED** and made a part of this Order for all purposes. (Doc. 53.)

2. SHM Regatta Pointe, LLC's Motion to Disburse the Remaining Surplus Funds of the Vessel's Sales Proceeds to Richard Bradley Bierman, Jr. as Independent Administrator of the Estate of Richard Bradley Bierman (Doc. 50) is **GRANTED**.

3. The Clerk is directed to disburse the remaining funds maintained in the Court's registry from the sale proceeds of the Vessel to Richard Bradley Bierman, Jr. as independent administrator of the estate of Richard Bradley Bierman.

**ORDERED** in Tampa, Florida, on December 12, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge